IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:01CR143 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TANYA PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion and pursuant to 18 U.S.C. § 4244,

IT IS ORDERED:

1. The defendant is remanded to the custody of the United States Bureau of Prisons and shall submit to a full presentence psychiatric and psychological evaluation and report to be conducted at the Bureau of Prison's Medical Center for Federal Prisoners in Springfield, Missouri.

2. The U.S. Probation Officer's report and the court's conversations with the defendant demonstrate to the court that the defendant suffers from both chemical dependency and mental health issues. The court must determine appropriate disposition for the defendant's violation of supervised release. The Probation Officer is recommending revocation of supervision and imposition of a sentence including a term of imprisonment. Further, the Probation Officer recommends the defendant be evaluated to determine whether defendant's problems can be attributed to her mental health issues, addiction, and/or general noncompliance. Therefore, the court is ordering mental evaluation of the defendant.

3. The report shall include the information required pursuant to 18 U.S.C. § 4247(c). If the report includes an opinion by the examiners that the defendant is presently suffering from a mental disease or defect but that it is not such as to require her custody for care or treatment in a suitable facility, the report shall also include an opinion by the examiner concerning the sentencing alternatives that could best accord the defendant the kind of treatment needed.

4. The report shall be completed and submitted to the court on or before June 25, 2007.

5. IT IS FURTHER ORDERED that the defendant shall be returned to the court for disposition hearing on **July 26, 2007, at 1:30 p.m.** in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 23rd day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge