IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:01CR143 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TANYA PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Tanya Perez appeared before the court on July 26, 2007 on a Petition for Summons for Offender Under Supervision [123].  The defendant was represented by Assistant Federal Public Defender Jennifer Gilg and the United States was represented by Assistant U.S. Attorney John Higgins. The defendant admits allegations 1 and 2 of the petition.  The defendant's supervised release is revoked.  The defendant's oral motion to continue disposition is granted.

IT IS ORDERED:

1.    A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:30 p.m., on October 19, 2007.**  Defendant must be present in person.

2. Defendant is remanded to the custody of the United States Marshal pending further order of the court.

Dated this 26th day of July, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge