IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:01CR143 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| TANYA PEREZ, | ) ) | |
| Defendant. | ) ) | |

Before the court is defendant's oral motion for release to the Lydia House pending placement at Center Pointe, Inc., made at the October 19, 2007, hearing in this case. Defense counsel has notified the court that a placement is ready at Lydia House for defendant immediately.  Accordingly,

IT IS ORDERED:

1. On **Monday, October 22, 2007,** the defendant is to be released to Lydia House, 2828 North 23rd Street East, Omaha, NE, for inpatient treatment, and is ordered to remain and participate in its program and obey all rules of the program until residential treatment at Center Pointe, Inc. become available.
2. The defendant shall be released from the custody of the United States Marshal after processing.
3. Status hearing is scheduled for **Friday, January 4, 2008 at 9:00 a.m.**
4. That the defendant will also abide by all the terms and conditions of her supervised release previously imposed.
5. If the defendant is discharged from Lydia House for noncompliance, she is to be remanded to the custody of the U.S. Marshal.

DATED this 19th day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE